JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLO BONDANELLI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN PARK SRL, an Italian corporation; FRANCESCO TIENI, an individual; ALBERTO CURZI, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV12-7724 GAF (SSx)<br><br>**JUDGMENT** |

    The Parties in this case having reached a settlement agreement that provided for the entry of judgment pursuant to California Code of Civil Procedure § 664.6 if Plaintiff Carlo Bondanelli failed to pay the agreed amount due under the terms of that agreement; and

    The Court having previously found that Plaintiff was obligated to pay Defendants Francesco Tieni and Ocean Park SRL $800,000 on or before October

27, 2013, pursuant to that settlement agreement; and

The Court having previously found that Plaintiff defaulted on his obligation to pay the $800,000 on or before October 27, 2013; and

The Court having previously ordered Plaintiff to pay Defendants attorney fees in the sum of $4,000 in connection with a motion to enforce the settlement agreement; and

The Court having further found that, as of March 25, 2013, Plaintiff still has not paid the $804,000 due and owing as described above; and

The Court having considered and reviewed the briefing submitted in connection with the Order to Show Cause Hearing as to why Plaintiff Carlo Bondanelli ("Plaintiff") should not be held in contempt for violation of this Court's December 12, 2013 Order, and after the argument of counsel, and good cause appearing pursuant to California Code of Civil Procedure Section 664.6,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Defendants Francesco Tieni and Ocean Park Srl ("Defendants") shall have judgment against Plaintiff Carlo Bondanelli in the amount of $804,000 (Eight Hundred and Four Thousand Dollars).
2. Defendants shall recover their costs as permitted by law.

Dated: March 25, 2014

_____
HON. GARY A. FEESS
United States District Court Judge